IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00639-PAB-MJW

ANDREA CHISEL,
NICOLE SIMMONS, and
CHARLES JONES,

    Plaintiffs,

v.

M.A. MORTENSON COMPANY, a foreign corporation,
CIVIL TECHNOLOGY, INC., a Colorado corporation,
MCT, a Colorado partnership between M.A. Mortenson Company and
Civil Technology, Inc.,

    Defendants.
_____

**ORDER OF DISMISSAL AS TO DEFENDANT MCT**
_____

THIS MATTER comes before the Court upon plaintiffs' Motion to Dismiss [Docket No. 37]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 37] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant MCT, a Colorado partnership between M.A. Mortenson Company and Civil Technology, Inc., are dismissed, with each party to bear its own attorneys' fees and costs.

DATED September 13, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge